In re estate of Richard T. Crane, Jr., deceased. G. Loring Woodbury, appellee, v. John K. Prentice and Continental Illinois National Bank and Trust Company of Chicago, appellants. Gen. No. 39,482.

Opinion filed December 14, 1937.

Ashcraft & Ashcraft, for appellants; Russell F. Locke and William H. Alexander, of counsel. Bell, Boyd & Marshall, Romney Spring and Thomas L. Marshall, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

City of Chicago, appellee, v. Bowman Dairy Company, appellant. Gen. No. 39,501.

Opinion filed December 14, 1937.

Montgomery, Hart, Pritchard & Herriott, for appellant; Louis E. Hart and L. Edward Hart, Jr., of counsel. Barnet Hodes, Corporation Counsel, for appellee; David Lefkovits, Alexander J. Resa and Adam E. Patterson, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Ann Jones Arbuckle, appellant, v. Harry Jones, appellee. Gen. No. 39,707.

Opinion filed December 14, 1937.

Spitz, McKenna & Elmes, for appellant. John F. Collins and Edward H. S. Martin, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.